ACCEPTED
12-14-00365-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/27/2015 10:54:52 AM
CATHY LUSK
CLERK

## NO.   12-14-00365-CV

| | | |
|---|---|---|
| **EDOM CORNER, LLC and** | § | **IN THE COURT** |
| **EARL A. BERRY, JR.** | § | |
| | § | |
| **VS.** | § | **OF APPEALS** |
| | § | |
| **IT'S THE BERRYS, LLC d/b/a** | § | **TWELFTH APPELLATE** |
| **MARY ELLEN'S** | § | **DISTRICT** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/27/2015 10:54:52 AM
CATHY S. LUSK
Clerk

### SECOND MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Edom Corner, LLC and Earl A. Berry, Jr., Appellants in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellants' brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 294th Judicial District Court of Van Zandt County, Texas.

2.     The case below was styled *It's the Berrys, LLC d/b/a Mary Ellen's v. Edom Corner, LLC and Earl A. Berry, Jr.,* Cause No. 09-00138 in the 294th Judicial District Court of Van Zandt County, Texas.

3.     Judgment in favor of Plaintiff was entered by the Trial Court on October 14, 2014.   A Motion for New Trial was filed on November 6, 2014.

4.     Notice of appeal was given on December 29, 2014.

5. The clerk's record was filed on February 24, 2015; the reporter's record was filed on February 11, 2015.

6. The Appellants' brief is presently due on April 27, 2015.

7. Appellants request an extension of time of seven (7) days from the present date.

8. One extension to file the brief has been received in this cause.

9. Appellants rely on the following facts as good cause for the requested extension:

Appellants' attorney, Katherine A. Ferguson, shows that she was appointed to represent Fred Douglas Moore in Cause No. 29,762 styled *The State of Texas v. Fred Douglas Moore* in the 196th Judicial District Court of Hunt County, Texas. The Defendant was indicted for robbery. Jury selection began on April 20, 2015 and the trial concluded late on April 22, 2015. Robbery is a second degree felony charge and Appellants' attorney had to spend a significant amount of time over the last month preparing for the jury trial on Mr. Moore's case.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Second Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

RENSHAW, DAVIS & FERGUSON, LLP

By:      /s/ Katherine A. Ferguson
        Katherine A. Ferguson
        (SBN 06918050)
2900 Lee Street, Suite 102
P.O. Box 21
Greenville, Texas 75403-0021
Tel:  (903) 454-6050
Fax:  (903) 454-4898
Email:  rdflawoffice@yahoo.com
Lead Counsel for Appellants

## CERTIFICATE OF SERVICE

This is to certify that on April 27, 2015, a true and correct copy of the above and foregoing document was served on the following by facsimile:

Larry M. Lesh, Esq.
1 Forest Park Drive
Richardson, Texas 75080
FAX:  (972) 699-1456

R. Paul Elliot, Esq.
301 S. Main St.
Canton, Texas 75103
FAX:  (903) 567-6228

        /s/ Katherine A. Ferguson
        Katherine A. Ferguson

## CERTIFICATE OF CONFERENCE

This is to certify that on April 25, 2015, the undersigned spoke by telephone with Larry M. Lesh, lead counsel for Appellee It's the Berry's, LLC d/b/a Mary Ellen's.  Mr. Lesh stated that he did not oppose a seven (7) day extension of the deadline for Appellants' Brief.

        /s/ Katherine A. Ferguson
        Katherine A. Ferguson